IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
MAR 16 2005
JAMES W. McCORMACK, CLERK
                                    DEP. CLERK

| | | |
|---|---|---|
| In re: | : | MDL Docket No. 4:03CV1507-WRW |
| | : | 4:04CV00495 |
| PREMPRO PRODUCTS LIABILITY LITIGATION | : | |
| | : | |
| FRANCES DIONNE, et al. | : | PLAINTIFFS |
| v. | : | |
| WYETH, INC., et al. | : | DEFENDANTS |

### ADMINISTRATIVE ORDER

Based on the August 31, 2004 Severance and Transfer Order and considering that they are now pursuing their claims in individual suits, the following Plaintiffs are dismissed from this case: Ms. Judy Ann De Moss, Ms. Carolyne Keller, Ms. Joan Reichert, and Ms. Linda Sinclair.

IT IS SO ORDERED this 16th day of March, 2005.

UNITED STATES DISTRICT JUDGE
WM. R. WILSON, JR.

THIS DOCUMENT ENTERED ON
DOCKET SHEET IN COMPLIANCE
WITH RULE 58 AND/OR 79(a) FRCP
ON 3/18/05 BY ___

1

bm

UNITED STATES DISTRICT COURT
Eastern District of Arkansas
U.S. Court House
600 West Capitol, Suite 402
Little Rock, Arkansas 72201-3325

* * MAILING CERTIFICATE OF CLERK * *

True and correct copies of the attached were mailed by the clerk to the following:

William Gary Holt, Esq.
Gary Eubanks & Associates
Post Office Box 3887
Little Rock, AR   72203-3887

Russell D. Marlin, Esq.
Gary Eubanks & Associates
Post Office Box 3887
Little Rock, AR   72203-3887

Lyn Peeples Pruitt, Esq.
Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C.
425 West Capitol Avenue
Suite 1800
Little Rock, AR   72201-3525

Date: 3/18/05

James W. McCormack, Clerk

BY: _____